IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RICHARD E. RUTLEDGE, III                                                                                    PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:23-cv-00206-TBM-RPM

AMERICAN HONDA MOTOR CO., INC.                                                                DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the agreement and joint motion, *ore tenus*, of the parties to dismiss all pending claims of all parties in this matter with prejudice, and the parties having announced that this cause has been fully compromised and settled, and that there remain no issues to be litigated and determined by the Court, and that each party is to bear their own costs in this matter, and the Court being fully advised in the premises, finds that the motion to dismiss this cause with prejudice should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action be DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

SO ORDERED AND ADJUDGED, this the 7th day of August, 2024.

                                                                                 UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

*/s/ Lauren E. Cavalier*
Lauren E. Cavalier
Counsel for Plaintiff Richard E. Rutledge, III


*/s/ Briana A. O'Neil*
Briana A. O'Neil
Counsel for Defendant American Honda Motor Co., Inc.